USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JADYN NEWMAN, an individual, and on behalf :
of classes of similarly situated individuals, :
:
                          Plaintiff, :        23-CV-3764 (VEC)
         -against- :
:
AUDIENCEVIEW TICKETING CORPORATION :
AND UNIVERSITYTICKETS.COM, INC., :
:
                        Defendants. :
------------------------------------------------------------- X
------------------------------------------------------------- X
RICHARD Z. TOLEDO, an individual, and on :
behalf of classes of similarly situated individuals, :
:
                        Plaintiff, :
:        23-CV-5626 (VEC)
         -against- :        ORDER
:
AUDIENCEVIEW TICKETING :
CORPORATION AND :
UNIVERSITYTICKETS.COM, INC., :
:
                        Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 2, 2023, Defendants moved to dismiss the complaint, Dkt. 34;

        WHEREAS on October 16, 2023, Plaintiff filed an amended complaint in lieu of opposing the motion to dismiss, Dkt. 38; and

        WHEREAS pursuant to Rule 4(E)(i) of the Undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot.

1

2

      IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot.

The Clerk of Court is respectfully directed to close the open motion at docket entry 34.

**SO ORDERED.**

|  |  |
|---|---|
| **Date:  October 17, 2023**<br>       **New York, New York** | _____<br>**VALERIE CAPRONI**<br>**United States District Judge** |