USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
JADYN NEWMAN, an individual, and on behalf : 
of classes of similarly situated individuals, :
:
                                  Plaintiff, :     23-CV-3764 (VEC)
                  -against- :
:
AUDIENCEVIEW TICKETING CORPORATION :
AND UNIVERSITYTICKETS.COM, INC., :
:
                               Defendants. :
------------------------------------------------------------- X
------------------------------------------------------------- X
RICHARD Z. TOLEDO, an individual, and on :
behalf of classes of similarly situated individuals, :
:
                                  Plaintiff, :
:     23-CV-5626 (VEC)
                  -against- :     ORDER
:
AUDIENCEVIEW TICKETING :
CORPORATION AND :
UNIVERSITYTICKETS.COM, INC., :
:
                               Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 26, 2023, the parties appeared for an Initial Pretrial Conference (the "Conference").

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, discovery is STAYED pending the Court's decision on the Defendants' forthcoming motion to dismiss Plaintiffs' First Amended Complaint, Dkt. 38.

       IT IS FURTHER ORDERED that, on consent of the parties, the following briefing schedule will apply to Defendants' motion to dismiss: (a) opening papers must be filed not later

than **November 17, 2023**, (b) opposition papers must be filed not later than **December 15, 2023**, and (c) reply papers must be filed not later than **December 29, 2023**.

      IT IS FURTHER ORDERED that, upon a joint request, the Court is happy to refer the parties to their assigned Magistrate Judge for a settlement conference.

**SO ORDERED.**

Date:  October 26, 2023                  **VALERIE CAPRONI**
     New York, NY                    **United States District Judge**