BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM

JOHN T. MILLS
JTMILLS@GRSM.COM

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

August 16, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2024

**VIA ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    **Re:**    *Jadyn Newman v. Audienceview Ticketing Corporation and Universitytickets.com, Inc.*
           **Case No.: 1:23-cv-03764-VEC**

Dear Judge Caproni:

    As Your Honor is aware, this firm represents the interests of Defendants in the above-referenced matter. Pursuant to Your Honor's Order dated July 29, 2024 (Dkt. No. 57), the Parties are required to file a motion for preliminary approval of the class action settlement by August 16, 2024. The Parties have made significant progress in finalizing the settlement documents and motion for preliminary approval, but respectfully request an additional seven (7) days to finalize same. The Parties believe that the additional time will allow the Parties to resolve outstanding issues and prepare a comprehensive motion for preliminary approval.

    Thus, the Parties jointly request that Your Honor enter an order extending the deadline to file the motion for preliminary approval of the class action settlement until August 23, 2024.

    We appreciate the Court's consideration of this request. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

                                  Respectfully submitted,

                                  GORDON REES SCULLY MANSUKHANI, LLP

                                  */s/ John Mills*

                                  Brian E. Middlebrook, Esq.
                                  John T. Mills, Esq.

cc:    All Counsel of Record (*via* ECF)

Application GRANTED. The deadline for the parties to file a motion for preliminary approval of the class action settlement is extended from Friday, August 16, 2024, to **Friday, August 23, 2024**.

SO ORDERED.

8/16/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE