Case 1:23-cv-03764-VEC  Document 67  Filed 09/13/24  Page 1 of 1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2024

**BRADLEY/GROMBACHER LLP**
CLASS ACTIONS, MASS TORTS & CATASTROPHIC INJURIES

Marcus J. Bradley
Kiley L. Grombacher
Corey S. Smith

September 13, 2024

**VIA ECF**
The Honorable Valerie Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re: *Jadyn Newman v. Audienceview Ticketing Corporation and Universitytickets.com, Inc.*
      **Case No.: 1:23-cv-03764-VEC**

Dear Judge Caproni:

  As Your Honor is aware, our firm is amongst the firms who represent the interests of Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Order dated August 30, 2024 (Dkt. No. 66, and corresponding docket entry), the Parties are required to file any motion for preliminary approval of the class action settlement by September 13, 2024. The Parties have reviewed the Court's order and have made significant progress in finalizing the revised settlement documents and motion for preliminary approval, but respectfully request an additional seven (7) days to finalize same. The Parties believe that the additional time will allow the Parties to resolve outstanding issues and prepare a comprehensive motion for preliminary approval.

  Thus, the Parties jointly request that Your Honor enter an order extending the deadline to file the motion for preliminary approval of the class action settlement until September 20, 2024.

  We appreciate the Court's consideration of this request. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

Respectfully submitted,

BRADLEY/GROMBACHER LLP
GLANCY PRONGAY & MURRAY LLP

*/s/ Kiley L. Grombacher*

---

Application GRANTED.

SO ORDERED.

*[signature]* 9/13/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

www.bradleygrombacher.com

Bradley/Grombacher LLP
31365 Oak Crest Drive
Suite 240
Westlake Village CA 91361
T: (805) 270-7100
F: (805) 270-7589