UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADYN NEWMAN, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendant. | Case No.: 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually and on behalf of classes of similary situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendant. | Case No 1:23-cv-03764-VEC<br>CONSOLIDATED WITH 1:23 -CV-3764 |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Jadyn Newman and Richard Z. Toledo individually and on behalf of others similarly situated ("Plaintiffs"), hereby move this Court to:

    1.    Preliminarily approve the settlement described in the "Settlement Agreement" between Plaintiffs and Defendants, Audienceview Ticketing Corporation ("AudienceView") and Universitytickets.Com, Inc. (collectively "Defendants"), and the attachments thereto,

1

      including the Claim Form, Short Form Notice, Long Form Notice, the Proposed Preliminary Approval Order, and the Proposed Final Approval Order, which Settlement Agreement is attached to the Declaration of Kiley L. Grombacher filed herewith in support of this motion;

2. Conditionally certify the Class;

3. Appoint Plaintiffs Jadyn Newman and Richard Z. Toledo as Class Representatives;

4. Appoint Kiley L. Grombacher of Bradley Grombacher, LLP and Brian Murray of Glancy Prongay & Murray LLP as Class Counsel;

5. Direct notice to be sent to the Class in the form and manner proposed as set forth in the Settlement Agreement;

6. Appoint Eisner Amper as Settlement Administrator;

7. Approve the use of a claim form ("Claim Form") substantially similar to that attached as **Exhibit A** to the Settlement Agreement; and

8. Set a hearing date and schedule for final approval of the Settlement and consideration of Class Counsel's motion for award of fees, costs, expenses, and service awards.

This Motion is based upon: (1) this Motion; (2) the Memorandum of Points and Authorities in Support of this Motion, filed herewith; (3) the Declaration of Kiley L. Grombacher, filed herewith; (4) the declarations of Plaintiffs; (5) the Settlement Agreement; (6) the Notices of Class Action Settlement (including the Short Form Notices and Long Form Notice); (7) the Claim Form; (8) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (9) the declaration of Kyle Mason; (10) records, pleadings, and papers filed in this action; and (11) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

/ / /

Date: September 20, 2024						Respectfully submitted,

							By:	/s/ Kiley l. Grombacher
								Kiley L. Grombacher
								**BRADLEY/GROMBACHER LLP**
								31365 Oak Crest Dr., Suite 240
								Westlake Village, CA 91361
								Telephone: 805-270-7100
								mbradley@bradleygrombacher.com
								kgrombacher@bradleygrombacher.com

								*Attorneys for Plaintiff and the Putative Class*

3