UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | |
|---|---|
| JADYN NEWMAN, individually, and on behalf of classes of similarly situated individuals,<br><br>  Plaintiffs,<br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION AND UNIVERSITYTICKETS.COM, INC.,<br><br>  Defendants. | Case No 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually, and on behalf of classes of similarly situated individuals,<br><br>  Plaintiffs,<br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION AND UNIVERSITYTICKETS.COM, INC.,<br><br>  Defendants. | Case No 1:23-cv-03764-VEC<br><br>CONSOLIDATED WITH 1:23 -CV-3764 |

**SUPPLEMENTAL DECLARATION OF KILEY L. GROMBACHER IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Kiley L. Grombacher being competent to testify, make the following declaration:

1. I am currently a partner of the law firm Bradley Grombacher, LLP. I am admitted to practice before this Court *Pro Hac Vice*. I am counsel for the proposed Settlement Class. I submit this supplemental declaration in support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval").

2.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

3.  In reviewing the motion and supporting documents previously filed in support of Plaintiff's Motion for Preliminary Approval, counsel has noted two issues which may require clarification. This declaration addresses such issues.

4.  First, in review of the documentation, it appears that there is an inconsistency between the Memorandum of Law and the Proposed Preliminary Approval Order. The Memorandum of Law states that, "[t]he Administrator has agreed that the cost of **administration** will not exceed $60,000." (ECF Dkt. No. 70 at 6) (Emphasis added.) The Proposed Preliminary Approval Order states: "However, the costs of **notice and administration** shall not exceed _____ without further Order of the Court." (ECF Dkt No. 70-2, ¶ 17) (Emphasis added.) To be clear, the Administrator has agreed that the cost of **notice and administration** collectively will not exceed $60,000[1].

6.  Second, Plaintiff has identified a reference to credit monitoring in the long form proposed Claim Form. As discussed in the Motion for Preliminary Approval, additional credit monitoring beyond that offered by the Defendant as part of its initial notice program was not negotiated as a provision of this settlement.

7.  A redline version of the proposed Claim Form is attached hereto as "Exhibit A" and a clean version of the Claim Form is attached hereto as "Exhibit B."

I declare, under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 14th day of October 2024, at Tustin, California

/s/ Kiley L. Grombacher
Kiley L. Grombacher

---

[1] The Declaration of Ryan Aldridge on behalf of the proposed Administrator, Eisner Advisory Group, LLC ("EAG" or "EisnerAmper"), declares that EAG"…estimate[s] $60,000 in fees and costs to implement the proposed Notice Plan and administer the settlement, including $6,000 in postage costs." (ECF Dkt No. at ¶14.)