# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADYN NEWMAN, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | Case No.: 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | |

## DECLARATION OF BRIAN MURRAY

I, Brian Murray, declare and state as follows:

1.     I am a partner at the law firm Glancy Prongay & Murray LLP ("GPM"), counsel of record for Plaintiffs in this matter. My firm resume is attached hereto as Exhibit D. I am a member in good standing of the bar of the State of New York, among others. My firm has been appointed as Lead Counsel in this case by the Court, working alongside Bradley Grombacher LLP. I respectfully submit this Declaration in Support of Plaintiffs' Motion for Attorneys' Fees,

Reimbursement of Litigation Expenses, and Class Representative Service Awards. I have personal knowledge of the facts set forth in this affidavit, and if called upon to testify, I could and would competently testify thereto.

2.    I believe that the requested fee and expense award, which represents 30% of the Settlement Fund, is fair and reasonable under federal court precedent, particularly considering the risks Plaintiffs faced in litigating this matter and the substantial relief obtained for Class Members.

3.    As a partner at GPM, I have been integrally involved in every aspect of this case since its inception. Along with our co-counsel at Bradley Grombacher LLP, I have overseen and directed the work performed by our firm, including the investigative phase, drafting of pleadings, motion practice, discovery efforts, mediation process, and finalization of the Settlement. I also worked closely with the Honorable Morton Denlow during mediation, where substantive relief for the Class was negotiated in an adversarial and arms-length process.

4.    The work undertaken by GPM, in conjunction with Bradley Grombacher LLP, required substantial time and resources. Defendants were represented by able counsel from Gordon Rees Scully Mansukhani, LLP, a national law firm with offices in 50 states, who aggressively represented their clients throughout this Action. The legal and factual issues presented in this case, arising from a data breach, were complex. These issues necessitated extensive legal research and analysis on data breach jurisprudence, standing, causation, and class-wide damages. Given the novel legal questions and the evolving legal landscape surrounding data security cases, this litigation posed significant risks to recovery.

## BACKGROUND OF THE LITIGATION

5.    This litigation commenced in May 2023 when Plaintiff Jadyn Newman filed the initial complaint in the United States District Court for the Southern District of New York. Shortly

thereafter, Plaintiff Richard Toledo filed a related action, which was consolidated with Newman's
Case 1:23-cv-03764-VEC    Document 77    Filed 12/30/24    Page 3 of 6
case.

6.    After Plaintiffs worked to successfully appoint Lead Counsel, we consolidated our actions. The consolidated complaint alleged that Defendants AudienceView Ticketing Corporation and UniversityTickets.com, Inc. failed to maintain adequate data security practices, resulting in a breach in February 2023 that compromised Payment Card Information of over 13,000 individuals, including cardholder names, payment card numbers, and expiration dates.

7.    On October 2, 2023, Defendants filed a motion to dismiss the consolidated complaint, challenging Plaintiffs' standing and the adequacy of their claims. In response, Plaintiffs filed the First Amended Complaint on October 16, 2023, bolstering allegations of Defendants' failure to implement industry-standard data security measures. This amended filing mooted Defendants' pending motion to dismiss, and the case continued under the revised pleadings.

8.    Throughout the litigation, GPM worked diligently to advance the interests of the Class. We coordinated with co-counsel to brief multiple motions and engaged in a thorough examination of the relevant facts and legal issues. Discovery deadlines were stayed at several junctures, while substantive legal issues were actively contested.

9.    In early 2024, the Parties began informal settlement discussions, exchanging information to evaluate the strengths and weaknesses of their respective positions. These discussions culminated in a formal mediation held on May 28, 2024, before the Honorable Morton Denlow.

10.    After a full day of negotiations, the Parties reached an agreement on the substantive terms of the Settlement, which provides meaningful monetary compensation to Class Members as well as data security enhancements to prevent future breaches.

11. Following the mediation, counsel for both sides worked extensively to draft and

finalize the Settlement Agreement and related documents, ensuring that all terms were accurately

memorialized. This process required multiple revisions, collaboration with the Settlement

Administrator, and careful consideration of Class Members' interests.

12. In September 2024, the Parties executed the final Settlement Agreement, attached

as Exhibit A. Class Counsel subsequently prepared the Joint Motion for Preliminary Approval,

which was granted by the Court in part.

13. Since entry of the Preliminary Approval Order, GPM and co-counsel have actively

monitored the settlement administration process, ensuring compliance with Court directives and

responding to inquiries from Class Members. Our work will continue through final approval and

beyond, as we oversee the distribution of monetary benefits and monitor Defendants' compliance

with the Settlement Agreement, as well as assisting with finalization of pleadings towards the

Fairness Hearing on April 10, 2025.

### CLASS COUNSEL'S HOURS, LODESTAR, AND EXPENSES

14. GPM has collectively expended 105.6 hours in prosecuting this matter, amounting

to a total lodestar of $108,810.00. A chart showing the attorneys who worked on the case at my

firm, their hours, and hourly rate is attached hereto as Exhibit B. These hours reflect the substantial

efforts undertaken by GPM attorneys to litigate and resolve this class action efficiently and

effectively. The Declarations of D. Anthony Mastando and Mason Barney, which show the hours,

hourly rate, and firm personnel who worked on the case are attached hereto as Exhibits F and G,

respectively. Bradley Grombacher LLP expended 83.6 hours for a lodestar of $70,640. Siri &

Glimstad LLP expended 48.7 hours for a lodestar of $19,653. Mastando & Artrip LLC expended

83.6 hours for a lodestar of $70,640.

15.    GPM's hourly rates are consistent with market rates charged by attorneys of similar

experience and expertise in complex class action litigation. Courts within New York and across the country routinely approve rates comparable to or higher than those requested here. The requested lodestar reflects reasonable and necessary time spent by GPM in successfully resolving this matter.

16.    In addition to time expended, GPM has incurred $3,724.84 in unreimbursed litigation expenses, including costs for court filings, mediation fees, expert consultations, travel expenses, and legal research. A chart listing GPM listing expense by category is attached hereto as Exhibit C. These expenses were reasonable and necessary to achieve the successful outcome obtained for the Class. A chart listing expenses incurred by all firms is attached hereto as Exhibit E.

## VALUE OF THE SETTLEMENT RELIEF

17.    The total cash value of the Settlement to Class Members is approximately $435,000. This figure includes payments for Out-of-Pocket Losses (up to $5,000), Attested Time claims (up to $100), and Alternative Cash Payments ($75 per claimant). Importantly, the Settlement Fund is non-reversionary, ensuring that all funds will be distributed to benefit the Class. *See* Exhibit A, Settlement Agreement dated September 20, 2024 Doc. 70-2).

18.    Additionally, the Settlement requires Defendants to implement enhanced data security measures designed to prevent future breaches. These measures add substantial value to the Settlement by reducing the risk of future harm to Class Members.

19.    The Settlement provides for Service Awards of $3,500 each for Plaintiffs Jadyn Newman and Richard Toledo. These awards recognize the time, effort, and commitment demonstrated by the Class Representatives in pursuing this litigation on behalf of the Class.

20.    Both Plaintiffs actively participated in the case by providing information for the pleadings, assisting in discovery, remaining informed about case developments, and contributing to the successful resolution of the matter. The requested Service Awards are reasonable and consistent with awards granted in comparable class action settlements.

Dated: December 30, 2024
New York, New York

By: _____
Brian P. Murray (BM 9954)
230 Park Avenue, Suite 358
New York, New York 10169
Phone: 212-682-5340
Email: bmurray@glancylaw.com