```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JADYN NEWMAN, an individual, and on behalf :
of classes of similarly situated individuals, :
:
                              Plaintiff, :        23-CV-3764 (VEC)
          -against- :
:
AUDIENCEVIEW TICKETING CORPORATION :
AND UNIVERSITYTICKETS.COM, INC., :
:
                            Defendants. :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
RICHARD Z. TOLEDO, an individual, and on :
behalf of classes of similarly situated individuals, :
:
                            Plaintiff, :
:        ORDER
          -against- :
:
AUDIENCEVIEW TICKETING :
CORPORATION AND :
UNIVERSITYTICKETS.COM, INC., :
:
                            Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 20, 2024, Plaintiffs moved for preliminary approval of class action settlement, *see* Dkts. 69–72;

       WHEREAS on October 31, 2024, the Court entered a Preliminary Approval Order that, *inter alia*, certified the Settlement Class; set a January 29, 2025 deadline for Settlement Class Members to opt out, object, or submit a claim; and scheduled a Final Approval Hearing for Thursday, April 10, 2025, *see* Dkt. 74;

       WHEREAS the Settlement Agreement provides that "Class Counsel shall move the Court for a Final Approval Order and Judgment of this Settlement, to be issued following the Final

Approval Hearing; *within a reasonable time after the Notice Deadline, Objection Deadline, and Opt-Out Deadline*; and at least 90 days after Class Counsel notifies the appropriate government officials of this Settlement Agreement pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715," Settlement Agreement, Dkt. 70-2, ¶ 83 (emphasis added); and

WHEREAS the Court finds that a reasonable time has passed since the January 29, 2025 deadline for Settlement Class Members to opt out, object, or submit claims, and in advance of the Final Approval Hearing, the Court needs to understand the number of claims submitted, whether the Settlement Fund is adequate to cover the total amount claimed, whether any Settlement Class Members have opted out, and the nature of any objections to the proposed settlement;

IT IS HEREBY ORDERED that by **Thursday, March 27, 2025**, Plaintiffs must file papers in support of their motion for a Final Approval Order.

IT IS FURTHER ORDERED that because the Undersigned's Courtroom has changed, the Final Approval Hearing scheduled for Thursday, April 10, 2025, at 10:00 A.M. will now take place in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date:  March 20, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**