## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADYN NEWMAN, individually, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION AND UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | Case No 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually, and on behalf of classes of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION AND UNIVERSITYTICKETS.COM, INC.,<br><br>Defendants. | Case No 1:23-cv-03764-VEC<br><br>CONSOLIDATED WITH 1:23-CV-03764-VEC |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND AWARD
<u>OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARD</u>**

PLEASE TAKE NOTICE THAT Plaintiffs move the Court to grant Plaintiffs' Motion for Final Approval.

Plaintiffs respectfully request that the Court finally approve the Settlement and that the Court enter an Order and Final Judgment that:

1. Grants Final Approval of the Settlement, as set forth in the Settlement Agreement and Release, dated August 23, 2024 (Dkt. 63-1) ("Settlement Agreement"),

2. Maintains the following Settlement Class under Fed. R. Civ. P. 23(b)(2) and (b)(3):

All persons who were sent notification by AudienceView Ticketing Corporation that their payment card information was or may have been compromised in the Data Incident.

3. Maintains Jadyn Newman and Richard Z. Toledo as Class Representatives;

4. Maintains Kiley Grombacher of Bradley Grombacher LLP and Brian Murray of Glancy Prongay & Murray LLP as Lead Counsel;

5. Finally approves the notice and settlement administration programs as implemented, including appointment of EisnerAmper as Claims Administrator;

6. Excludes from the Settlement the two individuals who opted out;

7. Awards Lead Counsel $130,500 in attorneys' fees and expenses to Lead Counsel;

8. Awards $3,500 each in service awards to Jadyn Newman and Richard Z. Toledo;

9. Provides that any unclaimed funds or other *cy pres* distributions under the Settlement Agreement go to the St. John's University School of Law Consumer Justice for the Elderly Litigation Clinic; and

10. Grants further relief as the Court deems just and proper.

This Motion is based on the Supporting Memorandum filed herewith; the Declaration of Brian P. Murray; the Settlement Administrator Declaration of Kevin Balhoff; the Settlement

1

Agreement; Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and documents submitted therewith; Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Litigation Expenses, and Class Representative Service Awards and documents submitted therewith; and all other pleadings and papers on file in this action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing.

Dated: March 27, 2024

**GLANCY PRONGAY & MURRAY LLP**

By: *Brian P. Murray*
Brian P. Murray (BM 9954)
230 Park Avenue, Suite 358
New York, New York 10169
Phone: (212) 682-5340
Email: bmurray@glancylaw.com

**BRADLEY GROMBACHER LLP**
Kiley Grombacher (pro hac vice)
31365 Oak Crest Drive, Suite 24
Westlake Village, California 91361
Phone: (866) 881-0403
Email: kgrombacher@bradleygrombacher.com

**Lead Counsel for the Plaintiff Class**

3

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 27, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 27, 2025, at Wilton, Connecticut.

*/s/ Brian P. Murray*
Brian P. Murray