USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/19/2026___

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JADYN NEWMAN, individually, and on behalf of classes of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>    Defendants. | Case No 1:23-cv-03764-VEC |
| RICHARD Z. TOLEDO, individually, and on behalf of classes of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>AUDIENCEVIEW TICKETING CORPORATION and UNIVERSITYTICKETS.COM, INC.,<br><br>    Defendants. | Case No 1:23-cv-05625-VEC<br><br>CONSOLIDATED WITH 1:23-CV-03764-VEC |

**ORDER**

WHEREAS, the cy pres designee in the Final Judgment and Order dated April 10, 2025, *see* Dkt. 86, is the St. John's University School of Law Consumer Justice for the Elderly Litigation Clinic;

WHEREAS, the parties wish to amend the Final Judgment and Order so that the Electronic Privacy Information Center is the cy pres designee; and

WHEREAS, Electronic Privacy Information Center is a 501(c)(3) non-profit research and advocacy center committed to, *inter alia*, securing the right to privacy in the digital age;

IT IS HEREBY ORDERED that the Order and Final Judgment entered in this case on April 10, 2025, *see* Dkt. 86, is hereby AMENDED.  The Electronic Privacy Information Center shall hereby replace St. John's University School of Law Consumer Justice for the Elderly Litigation Clinic as the cy pres designee in this action.  Any unclaimed funds or cy pres distribution under the Settlement Agreement shall go to the Electronic Privacy Information Center, located in Washington, D.C.

Dated: _____March 19_____, 2026

_____
HON. VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE

1